IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

CHARLES ANDERSON,                      :
                                       :
    Plaintiff,                         :
                                       :
vs.                                    :        CIVIL ACTION 12-0024-M
                                       :
MICHAEL J. ASTRUE,                     :
Commissioner of Social Security,:
                                       :
    Defendant.                         :

JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff Charles Anderson.

DONE this 13th day of August, 2012.


                              s/BERT W. MILLING, JR.
                              UNITED STATES MAGISTRATE JUDGE